**Exhibit C has been redacted in its entirety.**