HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Fabick, Inc., <br><br> Plaintiff, <br> v. <br><br> FABCO Equipment, Inc., <br><br> and <br><br> JFTCO, Inc. <br><br> Defendants. | Case No. 16-cv-00172 |

**Expert Report of Richard F. Bero, CPA, CVA**
**June 27, 2017**

This remainder of this document is redacted in its entirety.