IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FABICK, INC.,

                Plaintiff,                          ORDER

    v.

                                          16-cv-172-wmc

JFTCO, INC.,

                Defendant.

The court held a conference today before voir dire to hear further argument and rule on a number of pending issues. The purpose of this order is simply to formalize those rulings.

IT IS ORDERED that:

1) Plaintiff Fabick, Inc.'s objection to defendant JFTCO, Inc.'s Exhibit No. 993 is SUSTAINED, although defendant may use the letter for impeachment.

2) Defendant's objections to plaintiff's Exhibit Nos. 157-159 are OVERRULED.

3) Defendant's motion in limine no. 11 (dkt. #238) is GRANTED.

4) Plaintiff may present evidence of FABCO's historic sales in Wisconsin and the UP but only to illustrate the appropriate market segment, not to argue that JFTCO / John Fabick Tractor Company's sales were *de minimis* or not substantial by comparison.

Entered this 11th day of December, 2017.

                                          BY THE COURT:

                                          /s/
                                          _____
                                          WILLIAM M. CONLEY
                                          District Judge