United States District Court for the
Western District of Wisconsin
File Number 16-CV-172-WMC

| Fabick, Inc., Plaintiff | |
|---|---|
| v. | Notice of Appeal |
| JFTCO, Inc., Defendant | |

      Notice is hereby given that Fabick, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 28th day of March, 2019.

/s/ Cathleen A. Dettmann
Cathleen A. Dettmann
Wisconsin State Bar #1048315
Attorney for Fabick, Inc.
Address: 1424 N. High Point Road, Ste. 202
P.O. Box 628005
Middleton, WI 53562-8005
608-836-6400