UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

FABICK, INC.,

        Plaintiff,

v.

JFTCO, INC.,

        Defendant.

Case No. 16-CV-172

**NOTICE OF CROSS-APPEAL**

      Notice is hereby given that Defendant JFTCO, Inc. hereby cross-appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment (Dkt. 394) entered in this action on March 28, 2019.

Dated this 3rd day of May, 2019.    Respectfully submitted,

REINHART BOERNER VAN DEUREN, S.C.

By: *s/ Jessica Hutson Polakowski*

ARMSTRONG TEASDALE LLP
Marc W. Vander Tuig (***counsel of record***)
MO State Bar ID No. 52032
mvandertuig@armstrongteasdale.com
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: 314-621-5070
Facsimile: 314-621-5065

REINHART BOERNER VAN DEUREN, S.C.
Jessica H. Polakowski
WI State Bar ID No. 1061368
jpolakowski@reinhartlaw.com
Monica A. Mark
WI State Bar ID No. 1082428
mmark@reinhartlaw.com
22 East Mifflin Street, Suite 700
Madison, WI 53703
Telephone: 608-229-2200
Facsimile: 608-229-2100

*Attorneys for Defendant JFTCO, Inc.*